UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16866
  ROBERT VERNARD BEDFORD
  GINA MARIE BEDFORD                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-6075   SSN XXX-XX-1827

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/19/06 and confirmed on 05/03/07.

    2.  The case was dismissed after confirmation, 08/15/2008.

    3.  The Debtor paid a total of $ 58285.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | 39230.78 | .00 | 39230.78 |
| BANK OF NEW YORK | MORTGAGE ARRE | 4658.06 | .00 | .00 |
| US BANK NATL ASSOC | SECURED | 8288.18 | .00 | 8288.18 |
| US BANK NATL ASSOC | MORTGAGE ARRE | 983.32 | .00 | .00 |
| SIERRA VIEW HOLDINGS | SECURED | 3640.59 | .00 | 3640.59 |
| SIERRA VIEW HOLDINGS | MORTGAGE ARRE | 600.00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 17800.00 | .00 | 2000.00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 25650.00 | .00 | 2750.00 |
| AMERICAN GENERAL FINANCE | SECURED | 350.00 | .00 | 45.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3208.97 | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 916.88 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 437.01 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1330.65 | .00 | .00 |
| KOHLS | UNSECURED | 493.70 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 648.59 | .00 | .00 |
| SST FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 404.44 | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | 679.34 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 88.27 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 526.14 | .00 | .00 |

                  Summary of disbursements:

--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

--------------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED     101200.93      3208.97      5525.02           .00    109934.92
PRINCIPAL PAID          55954.55          .00          .00           .00     55954.55
INTEREST PAID               .00          .00          .00           .00          .00
TOTAL PAID              55954.55          .00          .00           .00     55954.55
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $    3000.00
and was paid $    2600.00   direct and $        .00   through the plan.

The Trustee received $    2330.45 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/12/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE